LATHAM & WATKINS LLP
   Daniel M. Wall (Bar No. 102580)
    *dan.wall@lw.com*
   Timothy L. O'Mara (Bar No. 212731)
    *tim.o'mara@lw.com*
   Andrew M. Gass (Bar No. 259694)
    *andrew.gass@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

*Attorneys for Defendants Ticketmaster LLC and Live Nation Entertainment, Inc.*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| DEREK HANSEN, as an individual, on behalf of himself, the general public and those similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>TICKETMASTER ENTERTAINMENT, INC. and LIVE NATION ENTERTAINMENT CO.,<br><br>    Defendants. | Case No. 3:20-cv-02685-SK<br><br>**JOINT STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>[Civil Local Rule 6-1(a)] |

Defendants Ticketmaster LLC and Live Nation Entertainment, Inc.[1] (together, "Defendants") and Plaintiff Derek Hansen hereby stipulate, through their undersigned counsel and pursuant to Civil Local Rule 6-1(a), as follows:

1. Plaintiff filed his Complaint on April 17, 2020.

2. Defendants were served with the Complaint on April 20, 2020.

3. Defendants' responsive pleading or motion to dismiss the Complaint is currently due on May 12, 2020.

4. Defendants have requested an extension to answer or otherwise respond to the Complaint from May 12, 2020 to June 11, 2020, and Plaintiff has agreed to that extension.

5. The parties have not previously stipulated to any extensions of time to answer or otherwise respond to the Complaint.

The parties therefore agree and stipulate that Defendants' time to answer or otherwise respond to the Complaint shall be extended to June 11, 2020.

[*Signatures on following page*]

---

[1] Defendants Ticketmaster LLC and Live Nation Entertainment, Inc. were incorrectly sued as Ticketmaster Entertainment, Inc. and Live Nation Entertainment Co.

| | | |
|---|---|---|
| 1 | Dated: May 5, 2020 | Respectfully Submitted, |
| 2 | | LATHAM & WATKINS LLP |

By: */s/ Timothy L. O'Mara*
Timothy L. O'Mara

505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone:  +1.415.391.0600
Facsimile:  +1.415.395.8095
tim.o'mara@lw.com

*Attorneys for Defendants Ticketmaster LLC and Live Nation Entertainment, Inc.*

Dated: May 5, 2020            GUTRIDE SAFIER LLP

By: */s/ Seth A. Safier*
Seth A. Safier (Bar No. 197427)

100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 271-6469
Facsimile:(415) 449-6469
seth@gutridesafier.com

*Attorneys for Plaintiff Derek Hansen*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

JOINT STIP. EXTENDING TIME TO ANSWER OR
OTHERWISE RESPOND TO COMPLAINT
CASE NO. 3:20-cv-02685-SK

## **ATTESTATION**

I am the ECF user whose identification and password are being used to file the foregoing Joint Stipulation Extending Time to Answer or Otherwise Respond to the Complaint. Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I, Timothy L. O'Mara, attest that concurrence in the filing of this document has been obtained.

Dated: May 5, 2020                                         */s/ Timothy L. O'Mara*
                                                                           Timothy L. O'Mara

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

JOINT STIP. EXTENDING TIME TO ANSWER OR
OTHERWISE RESPOND TO COMPLAINT
CASE NO. 3:20-cv-02685-SK