LATHAM & WATKINS LLP
　Daniel M. Wall (Bar No. 102580)
　　*dan.wall@lw.com*
　Timothy L. O'Mara (Bar No. 212731)
　　*tim.o'mara@lw.com*
　Andrew M. Gass (Bar No. 259694)
　　*andrew.gass@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

*Attorneys for Defendants Ticketmaster LLC and Live Nation Entertainment, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK HANSEN, as an individual, on behalf of himself, the general public and those similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>TICKETMASTER ENTERTAINMENT, INC. and LIVE NATION ENTERTAINMENT CO.,<br><br>　Defendants. | Case No. 3:20-cv-02685-SK<br><br>CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

☐ **Consent to Magistrate Judge Jurisdiction**

　　In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

　　**OR**

☒ **Decline Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.[1]

DATE: May 5, 2020

NAME: Timothy L. O'Mara

COUNSEL FOR (OR "PRO SE"): Defendants Ticketmaster LLC and Live Nation Entertainment, Inc.

/s/ Timothy L. O'Mara
*Signature*

---

[1] Defendants Ticketmaster LLC and Live Nation Entertainment, Inc. were incorrectly sued as Ticketmaster Entertainment, Inc. and Live Nation Entertainment Co.