LATHAM & WATKINS LLP
  Daniel M. Wall (Bar No. 102580)
    dan.wall@lw.com
  Timothy L. O'Mara (Bar No. 212731)
    tim.o'mara@lw.com
  Andrew M. Gass (Bar No. 259694)
    andrew.gass@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

*Attorneys for Defendants Ticketmaster LLC and Live Nation Entertainment, Inc.*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DEREK HANSEN, as an individual, on behalf of himself, the general public and those similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>TICKETMASTER ENTERTAINMENT, INC. and LIVE NATION ENTERTAINMENT CO.,<br><br>                    Defendants. | Case No. 3:20-cv-02685-EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>[Civil Local Rule 6-2]<br><br>Assigned to: Honorable Edward M. Chen |

Defendants Live Nation Entertainment, Inc. and Ticketmaster LLC[1] (together, "Defendants") and Plaintiff Derek Hansen hereby stipulate and agree, through their undersigned counsel and pursuant to Civil Local Rule 6-2, to the following schedule, subject to the approval of the Court. In support of this joint stipulation, the parties state as follows:

1. Plaintiff filed his Complaint on April 17, 2020. ECF No. 1.

2. On May 5, 2020, pursuant to Local Rule 6-1(a), the parties filed a joint stipulation that extended Defendants' time to answer or otherwise respond to the Complaint from May 12, 2020 to June 11, 2020. ECF No. 14.

3. Defendants, after reviewing the allegations in the Complaint and conducting an initial investigation of the claims therein, have determined that they will move to compel arbitration on the ground that Plaintiff's claims are subject to a mandatory arbitration provision. Plaintiff intends to oppose that motion. If that motion is unsuccessful, Defendants also intend to file a motion to dismiss, which Plaintiff will oppose.

4. The parties have conferred and agree that, while the motion to compel arbitration is pending, it would be premature to brief and litigate a motion to dismiss. To that end, in the interest of promoting the most efficient use of the parties' and the Court's resources, the parties have agreed to (1) brief and resolve Defendants' motion to compel arbitration before litigating any motion to dismiss, and (2) continue the initial case management conference, which is currently scheduled for August 6, 2020, to give the Court a chance to rule on Defendants' motion to compel arbitration before holding the conference.

5. The parties have therefore agreed to the following briefing schedule:

    a. Defendants shall file their motion to compel arbitration on or before June 29, 2020.

    b. Plaintiff shall file any opposition on or before July 29, 2020.

    c. Defendants shall file any reply on or before August 28, 2020.

---

[1] Defendants Ticketmaster LLC and Live Nation Entertainment, Inc. were incorrectly sued as Ticketmaster Entertainment, Inc. and Live Nation Entertainment Co.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

JOINT STIPULATION SETTING
BRIEFING SCHEDULE & CONTINUING CMC
CASE NO. 3:20-cv-02685-EMC

      d. Subject to the Court's availability, any hearing on Defendants' motion to compel arbitration shall be held on October 8, 2020, or as soon thereafter as the Court's calendar allows.

      e. Defendants need not respond to the Complaint while their motion to compel arbitration is pending. If the Court denies Defendants' motion to compel arbitration, Defendants shall file their response to the Complaint within twenty-one (21) days after the Court issues an order denying that motion; Plaintiff shall file any opposition twenty-one (21) days following the filing of Defendants' motion to dismiss; and Defendants shall file any reply fourteen (14) days following the filing of Plaintiff's opposition.

      f. Any hearing on the motion to dismiss shall be held as the Court's calendar allows.

      g. The initial case management conference shall be continued to the second Thursday following the motion to dismiss hearing at 9:30 a.m., with the deadline to meet and confer pursuant to Federal Rule of Civil Procedure 26(f) set for 21 days prior to the case management conference, and with the deadline for filing of the parties' joint case management statement no later than seven (7) days prior to the conference.

6. As explained above, on May 5, 2020, the parties stipulated pursuant to Local Rule 6-1(a) to extend Defendants' time to answer or otherwise respond to the Complaint. *See* ECF No. 14. The parties have not previously stipulated to any other extensions of time.

The parties therefore agree and stipulate to the above dates.

[*Signatures on following page*]

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

JOINT STIPULATION SETTING
BRIEFING SCHEDULE & CONTINUING CMC
CASE NO. 3:20-cv-02685-EMC

| | | |
|---|---|---|
| 1 | Dated: May 26, 2020 | Respectfully Submitted, |
| 2 | | LATHAM & WATKINS LLP |

By: */s/ Timothy L. O'Mara*
Timothy L. O'Mara

505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone:  +1.415.391.0600
Facsimile:  +1.415.395.8095
tim.o'mara@lw.com

*Attorneys for Defendants Ticketmaster LLC and Live Nation Entertainment, Inc.*

Dated: May 26, 2020            GUTRIDE SAFIER LLP

By: */s/ Seth A. Safier*
Seth A. Safier (Bar No. 197427)

100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 271-6469
Facsimile: (415) 449-6469
seth@gutridesafier.com

*Attorneys for Plaintiff Derek Hansen*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 27, 2020

Hon. Edward M. Chen
United States District Judge

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

JOINT STIPULATION SETTING
BRIEFING SCHEDULE & CONTINUING CMC
CASE NO. 3:20-cv-02685-EMC